# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1737
Lower Tribunal No. CF23-006167-XX

_____

MICHAEL T. COLLINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

September 30, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED